THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JOHN H. KING, Defendant-Appellee.

(No. 71-182; ▮▮▮▮▮▮▮)

Second District—May 16, 1972.

Opinion by Mr. JUSTICE GUILD.

William V. Hopf, State's Attorney, of Wheaton, (Ralph J. Gust, Jr., and Robert K. Kilander, Assistant State's Attorneys, of counsel,) for the People.

Keith E. Roberts and Donovan, Dichtl, Atten, Mountcastle & Roberts, both of Wheaton, for appellee.